IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LLOYD T. SCHUENKE,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF
CORRECTION'S, EDWARD WALL,
DEIRDRE MORGAN, SCOTT LEGWOLD,
KATHRYN ANDERSON,
MELISSA ROBERTS, CATHY JESS, JAMES
GREER, JUDY P. SMITH, ROBERT HABLE,
JIM ZANON, DANELLE FOSTER, JAMIE
BARKER, NANCY BOWENS, MS. SAUVEY,
MS. ANDERSON and JANE/JOHN DOES,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-13-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff Lloyd T. Schuenke's failure to exhaust his administrative remedies.

| /s/ | 2/2/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |